# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BYRON WILLIAMS,<br><br>    Plaintiff<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES DIVISION OF PUBLIC AND BEHAVIOR HEALTH,<br><br>    Defendant | Case No.: 2:19-cv-02087-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

    On December 9, 2020, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Byron Williams did not file an amended complaint by the given deadline. ECF No. 4.  Williams did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 4) is accepted.  Plaintiff Byron Williams' complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

    DATED this 6th day of January, 2021.

                                                  ANDREW P. GORDON<br>                                                  UNITED STATES DISTRICT JUDGE